| | | |
|---|---|---|
| UNITED STATES DISTRICT COURT | | SOUTHERN DISTRICT OF TEXAS |

| | | |
|---|---|---|
| Ernest Whitley, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| versus | § | Civil Action H-10-577 |
| | § | |
| Houston Housing Authority, | § | |
| | § | |
| Defendant. | § | |

## Opinion on Dismissal

Ernest Whitley sued the Houston Housing Authority for discrimination when it stopped sending him housing vouchers. His problem with Housing does not implicate statutory grounds for non-discrimination. Whitley's complaint is about the application of the administrative process to his having moved his residence without permission. He does not know of any hostility in the decision process, only that it resulted in the denial of his benefits.

Whitley's problem does not present a claim that can be litigated in federal court. It is dismissed.

Signed on May 11, 2010, at Houston, Texas.

Lynn N. Hughes
United States District Judge